UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>23-2427 & 23-2428</u>

CareDx v. Natera

To:　　Clerk

1)　　Motion by Appellee/Cross-Appellant to Seal under L.A.R. 106.1

---

　　The foregoing motion is referred to the merits panel. The Clerk's Office will hold Volume 7 of the joint appendix provisionally under seal pending a ruling by the Court.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated: January 2, 2024
JK/cc: All Counsel of Record