UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 23-2427, 23-2428
_____

CAREDX, INC.,
Appellant/Cross-Appellee in 23-2427

v.

NATERA, INC.,
Appellee/Cross-Appellant in 23-2428
_____

Before: SHWARTZ, MATEY, and FISHER, <u>Circuit Judges</u>.
_____

ORDER
_____

In accordance with the Opinion of the Court issued this day, it is now hereby ORDERED that the cases are REMANDED for the limited purpose of having the District Court consider on the merits whether judgment as a matter of law of no liability is warranted for Claims B, C, D, E, F, G, H, and J.  The Court will retain jurisdiction pending the remand.

After the District Court enters its decision, the Appellant shall submit a supplemental brief not to exceed 3,750 words no later than 30 days after the District Court enters its order.  Appellee shall submit a response brief not to exceed 3,750 words no later than 30 days after the supplemental brief is filed.  The Clerk of the Court shall

remove these appeals from the calendar and the case will be scheduled at the convenience of the Court after the supplemental briefs are filed.

BY THE COURT,

s/ Patty Shwartz
Circuit Judge

Dated: October 8, 2024

A True Copy:

Patricia S. Dodszuweit, Clerk