OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 10, 2024

Kristin J. Achterhof, Esq.
Timothy H. Gray, Esq.
Edward R. Reines, Esq.
Arianna M. Scavetti, Esq.
Robert T. Smith, Esq.
Zachary Tripp, Esq.
Bruce G. Vanyo, Esq.

RE: CareDx Inc v. Natera Inc
Case Number: 23-2427
District Court Case Number: 1-19-cv-00662

Dear Counsel:

The above-entitled cases have been listed **at the convenience to the Court.**

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947